CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JOHN L. WOLLMAN (CABN 197362)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7031
Facsimile: (415) 436-6748
john.wollman@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOROUSH SHAHI, et al., | Case No. 5:26-cv-03113-EJD |
| Plaintiffs, | |
| v. | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT;** [PROPOSED] **ORDER** |
| JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, | |
| Defendant. | |

Stipulation to Extend Time to File Response to Complaint
No. 5:26-cv-03113-EJD                    1

The parties, through their undersigned attorneys, hereby stipulate to an extension of time for Defendant to file its response to Plaintiffs' complaint, which is currently due by June 15, 2026, until one week after the Court decides Plaintiffs' motion for preliminary injunction (ECF No. 14), which is currently set to be heard on June 25, 2026.

Dated: June 9, 2026                    Respectfully submitted,[1]

                              CRAIG H. MISSAKIAN
                              United States Attorney


                               /s/ John L. Wollman
                              JOHN L. WOLLMAN
                              Assistant United States Attorney
                              Attorneys for Defendant


Dated:  June 9, 2026
                              /s/ Curtis L. Morrison
                              CURTIS LEE MORRISON
                              Attorney for Plaintiffs


                        [PROPOSED] ORDER

    Pursuant to stipulation, IT IS SO ORDERED.


Date: June 11, 2026

                              _____
                              EDWARD J. DAVILA
                              United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend Time to File Response to Complaint
No. 5:26-cv-03113-EJD                    2