UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SOROUSH SHAHI, et al.,

Plaintiffs,

v.

JOSEPH B. EDLOW,

Defendant.

Case No.   5:26-cv-03113-EJD

**ORDER REGARDING FAILURE TO COMPLY WITH LOCAL RULES AND STANDING ORDER**

The Local Rules and this Court's Standing Order provide that all text, including footnotes, must be double-spaced, 12-point font or larger, and must not exceed 28 lines per page and 10 characters per horizontal inch.  N.D. Cal. Local Rule 3-4(c)(2); EJD Standing Order IV.A.  The Government's opposition and Plaintiff's reply violate these rules.  ECF Nos. 24, 26.

The Court **ORDERS** the parties to re-file the opposition and reply in compliance with all Local Rules and this Court's Standing Order.  The new opposition is due by June 25, 2026, and the new reply is due by July 2, 2026.  These briefs shall comply with the page limitations provided in Local Rule 7-3(a) and shall not present new arguments.

The Court **CONTINUES** the motion hearing currently scheduled for June 25, 2026, to July 9, 2026, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: June 18, 2026

EDWARD J. DAVILA
United States District Judge

Case No.: 5:26-cv-03113-EJD
ORDER RE FAILURE TO COMPLY WITH LOCAL RULES AND STANDING ORDER

1